Joseph B. Weinberger, Esq.  (CASBN: 136798)
**WEINBERGER LAW FIRM**
1839 Iron Point Drive, Ste. 180
Folsom, CA  95630
Tel: (916) 357-6767
Fax: (916) 357-6766
joe@weinbergerlaw.net

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SWANBECK, DYLAN BUSSEY<br><br>　　　　PLAINTIFFS,<br><br>VS.<br><br>HEATHER KING, CHELSEA STEPHNEY, SHARON PARKS LOWRY, SHERRI Z HELLER, SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendant | Case No.: 2:19-CV-00145-WBS-CKD<br><br>**PLAINTIFFS EX PARTE REQUEST TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |

　　　Plaintiffs Nicole Swanbeck and Dylan Bussey, respectfully request that the Status Conference presently set for 1:30 p.m. on Tuesday May 28, 2019, be reset to a new date of September 3, 2019 at 1:30 pm.  This request will be, and is necessitated by the fact that Plaintiff has recently effectuated service on suit papers on the named defendants in this action.

**PLAINTIFFS EX PARTE REQUEST TO CONTINUE STATUS CONFERENCE AND ORDER** - 1

As such, Plaintiffs, by and through their counsel, respectfully requests a brief continuance in order that the Defendants may have the opportunity to respond to Plaintiff's complaint, participate in the preparation and filing of the Joint Status Report to be filed in this action and later to appear and participate at the Status Conference to be conducted in this action.

**WHEREFORE**, Plaintiffs respectfully requests that this Honorable Court continue the Status Conference in this action from 1:30 pm, Tuesday May 28, 2019, to September 3, 2019 at 1:30 pm in order that the Plaintiff may await filing of a responsive pleading by Defendants, and thereafter file a Joint Status Report.

Respectfully submitted,

Dated: May 22, 2019          __/s/ Joseph B. Weinberger_____
Joseph B. Weinberger
**WEINBERGER LAW FIRM**
Attorney for Plaintiffs

**PLAINTIFFS EX PARTE REQUEST TO CONTINUE STATUS CONFERENCE AND ORDER** - 2

# ORDER

It is hereby ordered that the Status Conference in civil action 2:19-CV-00145-WBS-CKD styled Swanbeck v. Heather King et al, is hereby continued from 1:30 pm May 28, 2019 to September 3, 2019 at 1:30 pm. A Joint Status Report shall be filed no later than August 20, 2019.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order.

**IT IS SO ORDERED:**

**Dated: May 23, 2019**

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PLAINTIFFS EX PARTE REQUEST TO CONTINUE STATUS CONFERENCE AND ORDER** - 3