**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CHELSEA STEPHNEY, SHARON PARKS LOWRY,
SHERRI Z. HELLER, and SACRAMENTO COUNTY
DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE SWANBECK and<br><br>         Plaintiffs,<br><br>vs.<br><br>HEATHER KING, CHELSEA STEPHNEY, SHARON PARKS LOWRY, SHERRI Z. HELLER, SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES and DOES 1 through 50, inclusive,<br><br>         Defendants. | CASE NO: 2:19-cv-00145-WBS-CKD<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; [~~PROPOSED~~] ORDER**<br><br><br>Complaint filed: 01/22/2019 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff and Defendants CHELSEA STEPHNEY, SHARON PARKS LOWRY, SHERRI Z. HELLER, and SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES ("County Defendants"), that the time for County Defendants to respond to the Complaint shall be extended to August 16, 2019.

Defendants are in need of additional time to review the voluminous documents at issue in this matter in order to admit or denying allegations contained within the Complaint.

//

//

{02049266.DOCX}                                                         1

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**

Respectfully submitted,

Dated: July 29, 2019     PORTER SCOTT
                         A PROFESSIONAL CORPORATION


                         By /s/ Taylor W. Rhoan
                              Taylor W. Rhoan
                              Attorneys for Defendants

Dated: July 29, 2019     WEINBERGER LAW FIRM


                         By  /s/  Joseph  B.  Weinberger  (Authorized 07/26/2019)

                              Joseph B. Weinberger
                              Attorneys for Plaintiff

**ORDER**

PURSUANT TO STIPULATION.

Dated: July 29, 2019     _____
                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE