**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Nicholas W. McKinney, SBN 322792
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
CHELSEA STEPHNEY, SHARON PARKS LOWRY, SHERRI Z. HELLER, and
SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES

Joseph B. Weinberger, SBN 136798
**WEINBERGER LAW FIRM**
1839 Iron Point Drive, Suite 180
Folsom, CA 95630
TEL: 916.357.6767
FAX: 916.357.6766

Attorneys for Plaintiff NICOLE SWANBECK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE SWANBECK and<br><br>Plaintiffs,<br><br>vs.<br><br>HEATHER KING, CHELSEA STEPHNEY, SHARON PARKS LOWRY, SHERRI Z HELLER, SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO:  2:19-cv-00145-WBS-CKD<br><br>**STIPULATION FOR DISMISSAL, WITH PREJUDICE, AND [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff NICOLE SWANBECK and Defendants CHELSEA STEPHNEY, SHARON PARKS LOWRY, SHERRI Z. HELLER, and SACRAMENTO COUNTY DEPARTMENT OF CHILD, FAMILY AND ADULT SERVICES  that this action be dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

///

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

Dated: October 28, 2019

PORTER SCOTT
A PROFESSIONAL CORPORATION


By: ___/s/Carl L. Fessenden_____
      Carl L. Fessenden
      Attorney for Defendant
      CHELSEA STEPHNEY, SHARON PARKS
      LOWRY, SHERRI Z. HELLER, and
      SACRAMENTO COUNTY DEPARTMENT
      OF CHILD, FAMILY AND ADULT
      SERVICES


Dated: October 28, 2019

WEINBERGER LAW FIRM


By ___/s/Joseph Weinberger (authorized 10/28/2019)
      Joseph Weinberger
      Attorney for Plaintiff NICOLE SWANBECK


**ORDER**

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear its/their own fees and costs, including all attorneys' fees.

Dated:  October 28, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE